# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANIE MONTOYA CASTANEDA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:16-cv-00676-SAB<br><br>REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 2)<br><br>TWENTY DAY DEADLINE |

　　　Plaintiff Janie Montoya Castaneda, filed a complaint on May 12, 2016. Plaintiff did not pay the filing fee in this action and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, Plaintiff's application was not adequately completed. Plaintiff's application indicates that she receives pension, annuity or life insurance payments but does not indicate the amount received. Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

　　　Accordingly, IT IS HEREBY ORDERED that:

　　　1.　　The Clerk of the Court is directed to forward an in forma pauperis application(Long Form) to Plaintiff;

1

2. Within **twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) file an application to proceed <u>in forma pauperis</u> without prepayment of the fee; and

4. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:   **May 16, 2016**

UNITED STATES MAGISTRATE JUDGE

2