# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANIE MONTOYA CASTANEDA,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:16-cv-00676-SAB<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS<br><br>(ECF Nos. 2, 4) |

On May 12, 2016, Plaintiff Janie Montoya Castaneda filed a complaint. (ECF No. 1.) On that same date, Plaintiff filed a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF No. 2.) On May 17, 2016, the Court issued an order requiring Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. (ECF No. 3.) The Court was unable to determine at that time whether Plaintiff met the requirements of 28 U.S.C. § 1915, because Plaintiff's first in forma pauperis application was not adequately completed. On June 6, 2016, Plaintiff filed an amended motion to proceed in forma pauperis. (ECF No. 4.) Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's application to proceed in forma pauperis is GRANTED;

1

2. The Clerk of Court is DIRECTED to issue a summons; and

3. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon Defendant if requested by Plaintiff.

IT IS SO ORDERED.

Dated: __**June 7, 2016**__

UNITED STATES MAGISTRATE JUDGE