# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANIE MONTOYA CASTANEDA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br><br>　　　　　Defendant. | Case No.  1:16-cv-00676-SAB<br><br>ORDER DIRECTING OFFICE OF THE CLERK TO TERMINATE VIJAY J. PATEL AS ATTORNEY OF RECORD FOR PLAINTIFF |

On June 21, 2016, Lawrence D. Rohlfing filed a notice of appearance as lead attorney for Plaintiff.  (ECF No. 8.)  The notice of appearance requested that Vijay J. Patel be removed as attorney of record.

Accordingly, IT IS HEREBY ORDERED that the Clerk's Office shall terminate Vijay J. Patel as the attorney of record for Plaintiff.

IT IS SO ORDERED.

Dated:　**June 22, 2016**

UNITED STATES MAGISTRATE JUDGE