# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANIE MONTOYA CASTANEDA,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:16-cv-00676-SAB<br><br>ORDER SETTING HEARING ON MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR JANUARY 18, 2017; AND DIRECTING OFFICE OF CLERK TO SERVE COPY OF ORDER ON PLAINTIFF |

On December 20, 2016, Plaintiff's counsel filed a motion to withdraw as counsel of record in this action. The motion was served on Plaintiff but did not set a date for the motion to be heard. Local Rule 230(b). Pursuant to Local Rule 230, the Court shall set the motion for hearing. Plaintiff is directed to Local Rule 230 which provides for the deadline to file an opposition to the motion. If the parties wish to appear at the hearing telephonically, they may contact Courtroom Deputy Mamie Hernandez at (559) 499-5672 to obtain the teleconference number and pass code prior to the hearing.

Accordingly, IT IS HEREBY ORDERED that:

1. Counsel's motion to withdraw shall be set for hearing on January 18, 2017, at 10:00 a.m., in Courtroom 9; and

2. The Office of the Clerk is DIRECTED to serve a copy of this order on Plaintiff at the following addresses:

1

Janie Montoya Castaneda
2715 N. Blythe Ave.
Fresno, CA 93722

Janie Montoya Castaneda
140 Draper Drive, Brownsville
TX 78521

IT IS SO ORDERED.

Dated: __**December 21, 2016**__

UNITED STATES MAGISTRATE JUDGE